ERIC W. SWANIS, ESQ. (NV Bar 6840)
BETHANY L. RABE, ESQ. (NV Bar 11691)
JERRELL L. BERRIOS, ESQ. (NV Bar 15504)
JOEL M. EADS (*Admitted Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: swanise@gtlaw.com
rabeb@gtlaw.com
berriosj@gtlaw.com
joel.eads@gtlaw.com

*Counsel for Defendants Enterprise Leasing Company-West LLC dba Enterprise/ELCO; Enterprise Leasing Company-West LLC dba ALAMO; and ELCO Administrative Services Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LING CAI, individually; JING XU, individually; Z.X., a minor, by and through his Natural Parent, JING XU; TAMMY HARLESS, as Special Administrator of the ESTATE OF ZHONGPING ZHOU, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE LEASING COMPANY-WEST LLC dba ENTERPRISE dba ALAMO; ELCO ADMINISTRATIVE SERVICES COMPANY; ACE AMERICAN INSURANCE COMPANY; ESIS INC, dba CHUBB NORTH AMERICAN CLAIMS; CHUBB SERVICES CORPORATION dba CHUBB NORTH AMERICAN CLAIMS; CHUBB NATIONAL INSURANCE COMPANY; AND CHUBB INDEMNITY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00050-ART-NJK<br><br>**ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

///

ACTIVE 689455866v1

     Defendants Enterprise Leasing Company-West LLC dba Enterprise dba Alamo and ELCO Administrative Services Company (collectively, the "Enterprise Parties") by and through their counsel, the law firm of Greenberg Traurig, LLP, and Defendant ACE American Insurance Company ("AAIC"), improperly and collectively named as ACE American Insurance Company; ESIS Inc, dba Chubb North American Claims; Chubb Services Corporation dba Chubb North American Claims; Chubb National Insurance Company; and Chubb Indemnity Insurance Company (collectively "ACE Defendants"), by and through their counsel, Clyde & Co. US LLP, and Plaintiffs Ling Cai, Jing Xu, Z.X., Tammy Harless, as Special Administrator of the Estate of Zhongping Zhou ("Plaintiffs"), by and through their counsel, The 702 Firm, (collectively, the "Parties,") hereby stipulate to extend the deadline for Defendants to file their respective responses to the Second Amended Complaint to October 10, 2023 to permit the Parties to schedule and attend mediation.

     Currently, Defendants' responses to the Second Amended Complaint are due on August 15, 2023. However, the Parties believe that mediation could potentially lead to a global settlement of this matter without further litigation. The parties are discussing the possibility of an early mediation, and a proposed mediation date with the Hon. Jackie Glass (ret. has been presented for September 21, 2023. The parties anticipate that finalizing this potential mediation in the coming days. As such, the Parties stipulate and agree to this extension so that they may attend mediation in September 2023 and avoid potentially unnecessary fees and costs. Such mediation may obviate the need for such a response. The Parties agree that Defendants will

///
///
///
///
///
///
///
///

- 2 -

ACTIVE 689455866v1

have until **October 10, 2023**, to file either a joint status report regarding settlement or their responses to Plaintiff's Second Amended Complaint in the event mediation is unsuccessful.

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of August, 2023.

**GREENBERG TRAURIG, LLP**

/s/ Eric W. Swanis
Eric W. Swanis, Esq.
Nevada Bar No. 6840
Bethany L. Rabe, Esq.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
***Counsel for Enterprise Defendants***

DATED this 11th day of August, 2023.

**THE 702 FIRM**

/s/ Michael C. Kane
Bradley J. Meyers
Nevada Bar No. 8857
Michael C. Kane
Nevada Bar No. 10096
3753 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
***Counsel for Plaintiffs***

DATED this 11th day of August, 2023.

**CLYDE & CO US LLP**

/s/ Dylan P. Todd
Amy M. Samberg
Nevada Bar No. 10212
Dylan P. Todd
Nevada Bar No. 10456
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
***Counsel for Ace Defendants***

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2023