# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LING CAI, et al.,

    Plaintiff(s),

v.

ENTERPRISE LEASING COMPANY-WEST LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-00050-ART-NJK

**Order**

[Docket Nos. 42-44]

The motions to substitute counsel, Docket Nos. 42-44, are hereby **GRANTED**.

IT IS SO ORDERED.

Dated: January 31, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge