1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                             **DISTRICT OF NEVADA**

6

7 LING CAI, et al.,

         Plaintiff(s),

8

     v.

9

ENTERPRISE LEASING COMPANY-

10 WEST LLC, et al.,

11          Defendant(s).

Case No. 2:23-cv-00050-ART-NJK

**Order**

12       On February 2, 2024, the parties filed a joint discovery plan indicating that they had agreed

13 to magistrate judge consent and would be filing the required form that same day.  Docket No. 46

14 at 2.  It does not appear that the form was filed.  If the parties wish to consent to the undersigned

15 magistrate judge presiding over the case, they are instructed to file the required AO 085 form.  If

16 the parties have questions regarding the process for consent, they may inquire with the Clerk's

17 Office.

18       IT IS SO ORDERED.

19       Dated: February 21, 2024

20                               _____

                                 Nancy J. Koppe

21                                  United States Magistrate Judge

22

23

24

25

26

27

28