# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al., | Case No. 2:23-cv-00050-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 55] |
| ENTERPRISE LEASING COMPANY-WEST LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend. Docket No. 55. As already explained in this case, Docket No. 34, the governing rules prohibit parties from using the full name of a minor in court filings, Fed. R. Civ. P. 5.2(a)(3); Local Rule IC 6-1(a)(2). Because this filing includes the full name of a minor, the Court **STRIKES** it. Counsel must ensure that their filings moving forward comply with the redaction requirements for personal identifying information.

IT IS SO ORDERED.

Dated: March 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1