BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
**THE702FIRM**
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147
Telephone:  (702) 776-3333
Facsimile:  (702) 505-9787
E-Mail:  service@the702firm.com
and
J. AMY SUN, ESQ.
Nevada Bar No. 11289
**SUN LAW GROUP, LLC**
6145 Spring Mountain Road, #201
Las Vegas, Nevada 89146
Telephone:  (702) 968-9900
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, individually; JING XU, individually; Z.X., a minor, by and through his Natural Parent, JING XU; JENNIFER EDWARDS, as Special Administrator of the ESTATE OF ZHONGPING ZHOU, deceased;<br><br>Plaintiffs,<br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST LLC dba ENTERPRISE dba ALAMO; ELCO ADMINISTRATIVE SERVICES COMPANY; ACE AMERICAN INSURANCE COMPANY; ESIS INC, dba CHUBB NORTH AMERICAN CLAIMS; CHUBB SERVICES CORPORATION dba CHUBB NORTH AMERICAN CLAIMS; CHUBB NATIONAL INSURANCE COMPANY; AND CHUBB INDEMNITY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. : 2:23-cv-50-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR AMENDED COMPLAINT** |

Plaintiffs Ling Cai; Jing Xu; Z.X., by and through his natural parent Jing Xu; and Jennifer Edwards, as special administrator of the Estate of Zhongping Zhou ("Plaintiffs") and Defendants Enterprise Leasing Company-West LLC; Elco Administrative Services Company; Ace American Insurance Company; ESIS Inc.; Chubb Services Corporation; Chubb North American Claims; Chubb National Insurance Company; and Chubb Indemnity Insurance

Company (collectively "Defendants"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiffs to file their Third Amended Complaint by twenty-one (21) days. This results in a new deadline of <u>April 19, 2024</u>.

This is the second request to extend the Third Amended Complaint deadline. The first request was rejected for failure to redact, so no prior extensions have so far been granted. The extension is necessary because the parties are in the midst of good faith discussions intended to narrow the list of Defendant companies named by Plaintiffs.

**Summary of Stipulated (Proposed) Briefing Schedule:**

| | |
|---|---|
| Amended Complaint Previously Due | March 29, 2024 |
| Amended Complaint Now Due | April 19, 2024 |

The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: April 4, 2024

| | |
|---|---|
| */s/ Michael Kane* | */s/ Eric Swanis* |
| MICHAEL C. KANE, ESQ. (10096)<br>BRADLEY J. MYERS, ESQ. (8857)<br>SANDRA DURITZA, ESQ. (15538)<br>8335 W. Flamingo Rd.<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiffs* | ERIC W. SWANIS, ESQ. (NV Bar 9772)<br>BETHANY L. RABE, ESQ. (NV Bar 12400)<br>JERRELL L. BERRIOS, ESQ. (NV Bar 15504)<br>10845 Griffith Peak Dr., Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants* |

PER STIPULATION OF THE PARTIES, the briefing schedule is hereby set as follows: Plaintiff's new Amended Complaint is now due on April 19, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2024