# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al., | Case No. 2:23-cv-00050-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 59] |
| ENTERPRISE LEASING COMPANY-WEST LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend case management deadlines by an extraordinary six months, Docket No. 59, which would be an extension that is the equivalent of an entire discovery period, *see* Local Rule 26-1(b)(1).  Moreover, the reasoning provided does not justify the relief sought.[1]  The stipulation indicates that a partial motion to dismiss has been decided and the parties are considering how to amend the complaint in light of that ruling.  *See* Docket No. 59 at 2-3.  Why that circumstance could justify a six-month extension is not explained.  Making matters worse, discovery has been open for months, but the discovery efforts to date are relatively sparse.  *See id.* at 2.  The circumstances appear to justify, at most, a one-month extension.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part.  Deadlines are **RESET** as follows:

- Amend pleadings/ add parties: May 16, 2024
- Initial experts: June 17, 2024
- Rebuttal experts: July 15, 2024

---

[1] A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause.  Fed. R. Civ. P. 16(b)(4); Local Rule 26-3.  The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief.  Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines."  *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

1

- Discovery cutoff: August 14, 2024
- Dispositive motions: September 13, 2024
- Joint proposed pretrial order: October 14, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: April 15, 2024

                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge