ERIC W. SWANIS, ESQ. (NV Bar 6840)
BETHANY L. RABE, ESQ. (NV Bar 11691)
JOEL M. EADS (*Admitted Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: swanise@gtlaw.com
rabeb@gtlaw.com
joel.eads@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI et al.;<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE RENT-A-CAR OF SAN FRANCISCO, LLC d/b/a "ALAMO," et al.,<br><br>Defendants. | Case No. 2:23-cv-00050-~~ART-NJK~~ NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

Defendants Enterprise Rent-A-Car OF San Francisco, LLC d/b/a "Alamo," Rental Insurance Services, Inc., ELCO Administrative Services Co. d/b/a "Rental Claims Services" and ACE American Insurance Company (collectively, the "Defendants"), by and through their undersigned counsel, and Plaintiffs Ling Cai, Jing Xu, Z.X. a minor by and through his Natural Parent Jing Xu, and Tammy Harless, as Special Administrator of the Estate of Zhongping Zhou ("Plaintiffs" and collectively with Defendant, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendants to file their response to the Third Amended Complaint ("TAC") by one (1) week, until May 10, 2024.

/ / /

/ / /

This is the first request to extend the time to respond to the TAC, filed April 19, 2024, Doc. 61. The short extension is necessary to allow Defendants to ascertain certain facts necessary to provide accurate responses to the allegations set forth in the TAC.

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of May, 2024. | DATED this 2nd day of May, 2024. |
|---|---|
| **THE 702 FIRM** | **GREENBERG TRAURIG, LLP** |
| /s/Michael Kane | /s/Eric Swanis |
| Bradley J. Meyers, Esq. | Eric W. Swanis, Esq. |
| Nevada Bar No. 8857 | Nevada Bar No. 6840 |
| Michael C. Kane, Esq. | Bethany L. Rabe, Esq. |
| Nevada Bar No. 10096 | Nevada Bar No. 11691 |
| 3753 Howard Hughes Parkway, Suite 200 | 10845 Griffith Peak Drive, Suite 600 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89135 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2024

- 2 -

ACTIVE 698094284v1