# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al., <br><br>        Plaintiff(s), <br><br>v. <br><br>ENTERPRISE LEASING COMPANY-WEST LLC, et al., <br><br>        Defendant(s). | Case No. 2:23-cv-00050-NJK <br><br>**Order** <br><br>[Docket No. 73] |

Pending before the Court is a stipulation to extend expert-related deadlines by three weeks. Docket No. 73. For good cause shown, that stipulation is GRANTED. Case management deadlines are RESET as follows:

- Amend pleadings/ add parties: closed
- Initial experts: July 8, 2024
- Rebuttal experts: August 7, 2024
- Discovery cutoff: August 14, 2024
- Dispositive motions: September 13, 2024
- Joint proposed pretrial order: October 14, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 31, 2024

                                                                                       _____
                                                                                       Nancy J. Koppe
                                                                                       United States Magistrate Judge

1