## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ENTERPRISE LEASING COMPANY-<br>WEST LLC, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00050-NJK<br><br>**Order**<br><br>[Docket No. 76] |

Pending before the Court is a stipulation to stay the case pending mediation. Docket No. 76; *see also* Docket No. 78 (corrected image). That mediation is set for July 10, 2024. Docket No. 78 at 3. The Court finds sufficient justification to stay the case pending that mediation. *See Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 n.8 (D. Nev. 2022). Although not fashioned as such, the pending stipulation also seeks to extend this stay preemptively so as to cover another two months based on counsel's trial schedule in state court. *See* Docket No. 78 at 3. No legal authority or meaningful argument is advanced as to why counsel's competing professional obligations justify such extraordinary relief. *But see, e.g., Williams*, 627 F. Supp. 3d at 1179.

Accordingly, the stipulation to stay the case pending mediation is **GRANTED** in part and **DENIED** in part. The case is hereby **STAYED** until July 11, 2024. A joint status report regarding mediation must be filed by July 18, 2024. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  August 7, 2024
- Rebuttal experts:  September 6, 2024
- Discovery cutoff:  October 7, 2024
- Dispositive motions:  November 6, 2024

- Joint proposed pretrial order: December 6, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: June 20, 2024

_____
Nancy J. Koppe
United States Magistrate Judge