# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ENTERPRISE LEASING COMPANY-WEST LLC, et al., <br><br> Defendant(s). | Case No. 2:23-cv-00050-NJK <br><br> **Order** <br><br> [Docket No. 80] |

The parties filed a notice of settlement. Docket No. 80. The pending case management deadlines are hereby **VACATED**. Dismissal papers must be filed by August 30, 2024.

IT IS SO ORDERED.

Dated: July 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1