ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JOEL M. EADS, ESQ.*
*Admitted Pro Hac Vice
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:	(702) 792-3773
Facsimile:	(702) 792-9002
Email:	swanise@gtlaw.com
	rabeb@gtlaw.com
	joel.eads@gtlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI et al.;<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE RENT-A-CAR OF SAN FRANCISCO, LLC d/b/a "ALAMO," et al.,<br><br>Defendants. | Case No. 2:23-cv-00050-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR SUBMITTING DISMISSAL PAPERS**<br><br>**[SECOND REQUEST]** |

Defendants Enterprise Rent-A-Car OF San Francisco, LLC d/b/a "Alamo," Rental Insurance Services, Inc., ELCO Administrative Services Co. d/b/a "Rental Claims Services" and ACE American Insurance Company (collectively, the "Defendants"), by and through their undersigned counsel, and Plaintiffs Ling Cai, Jing Xu, Z.X. a minor by and through his Natural Parent Jing Xu, and Tammy Harless, as Special Administrator of the Estate of Zhongping Zhou ("Plaintiffs" and collectively with Defendant, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline to submit dismissal papers by thirty (30) days, from September 30, 2024 to October 30, 2024.

This case has settled.  *See* ECF No. 80.  On July 15, 2024, this Court entered an order providing that dismissal papers must be filed by August 30, 2024.  *See* ECF No. 81.  On September 3, 2024, the

Court entered an order [ECF No. 83] extending that deadline until September 30, 2024 pursuant to the Parties' stipulation [ECF No. 82] regarding the same.

The Parties have continued to diligently work to finalize the settlement and submit the dismissal papers pursuant to the Court's order, including preparation of and revisions to the draft, written settlement agreement.  However, various unavoidable delays and issues have continued to hamper the Parties' ability to finalize the dismissal papers, including those associated with the Plaintiffs living in China, the specific allocation and apportionment of the settlement funds among the Plaintiffs, communication and interpretation issues, and the fact that the agreement contains relatively uncommon terms such as a minor's compromise and probate court approval.  As such, the Parties stipulate and agree, and respectfully request an order from the Court, that the time to file dismissal papers be extended by thirty (30) days, to October 30, 2024.  If the Parties are able to submit such papers sooner, they will do so.

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED**.

| DATED this 30th day of September, 2024. | DATED this 30th day of September, 2024. |
|---|---|
| **THE 702 FIRM** | **GREENBERG TRAURIG, LLP** |
| /s/ Michael C. Kane | /s/ Eric W. Swanis |
| Michael C. Kane, Esq.<br>Nevada Bar No. 10096<br>Bradley J. Meyers, Esq.<br>Nevada Bar No. 8857<br>8335 W. Flamingo Road<br>Las Vegas, Nevada  89147 | Eric W. Swanis, Esq.<br>Nevada Bar No. 06840<br>Bethany L. Rabe, Esq.<br>Nevada Bar No. 11691<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada  89135 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 1, 2024