UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LING CAI, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ENTERPRISE LEASING COMPANY-WEST LLC, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00050-NJK<br><br>**Order**<br><br>[Docket No. 86] |

On July 12, 2024, the parties filed a notice of settlement. Docket No. 80. After already receiving extensions, the parties have filed another stipulation to extend the deadline to file dismissal papers. Docket No. 86. That stipulation is **GRANTED** in part and **DENIED** in part. The current deadline to file dismissal papers is **VACATED**. The Court **SETS** an in-person status hearing for 1:00 p.m. on November 21, 2024. That status hearing will be deemed automatically vacated if dismissal papers are filed before 3:00 p.m. on November 19, 2024.

IT IS SO ORDERED.

Dated: October 31, 2024

                                                                                      Nancy J. Koppe<br>
                                                                                      United States Magistrate Judge