ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JOEL M. EADS*
*Admitted Pro Hac Vice
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:    (702) 792-9002
Email:         swanise@gtlaw.com
                    rabeb@gtlaw.com
                    joel.eads@gtlaw.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LING CAI, et al., | CASE NO. 2:23-cv-00050-NJK |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ENTERPRISE RENT-A-CAR OF SAN FRANCISCO, LLC d/b/a "ALAMO," et al., | |
| Defendants. | |

Plaintiffs LING CAI, individually; JING XU, individually; ZX, a minor, by and through his Natural Parent, JING XU; TAMMY HARLESS, as Special Administrator of the ESTATE OF ZHONGPING ZHOU, deceased (collectively, "Plaintiffs"), by and through their counsel of record, THE702FIRM and J. AMY SUN, ESQ.; and Defendants Enterprise Rent-A-Car of San Francisco, LLC d/b/a "Alamo," Rental Insurance Services, Inc., ELCO Administrative Services Co. d/b/a "Rental Claims Services" and ACE American Insurance Company (collectively, the "Defendants"), by and through their counsel of record, the law firm GREENBERG TRAURIG, LLP, hereby stipulate and agree that the above-entitled action shall be dismissed ***with prejudice*** in accordance with FRCP 41(a)(2).

/ / /

/ / /

ACTIVE 702390077v1

Each party shall bear its own attorney fees and costs of suit.

**IT IS SO STIPULATED.**

DATED this 18th day of November, 2024.

THE702FIRM

*/s/ Michael C. Kane*

BRADLEY J. MYERS, ESQ.
Nevada Bar No. 08857
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
SANDRA DURITZ, ESQ.
Nevada Bar No. 15538

J. AMY SUN, ESQ.
Nevada Bar No. 11289

*Attorneys for Plaintiffs*

DATED this 18th day of November, 2024.

GREENBURG TRAURIG, LLP

*/s/ Eric W. Swanis*

ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JERRELL L. BERRIOS, ESQ.
Nevada Bar No. 15504
JOEL M. EADS, ESQ.*
**Admitted Pro Hac Vice*

*Attorneys for Defendants*

**IT IS SO ORDERED**.

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: November 26, 2024

2

ACTIVE 702390077v1